STATE OF MISSOURI )
)  14-SW-00029-JTM
COUNTY OF JACKSON )

# AFFIDAVIT

I, Justin Lewis, duly sworn on oath state the following:

1. I am a U. S. Postal Inspector with the U. S. Postal Inspection Service, and have been so employed since August, 2002. I am currently assigned to the Kansas City Domicile of the Postal Inspection Service and have experience enforcing federal mail and drug laws. This affidavit is based upon my own personal knowledge and information given to me by other Postal Inspectors and other law enforcement personnel.

2. I received basic training for approximately twelve weeks from the U.S. Postal Inspection Service regarding individuals using the U.S. Mail to transport controlled substances and proceeds from the sale of controlled substances as well as the use of Postal Money Orders to launder the proceeds of controlled substances. I received formal training for one week in March, 2003, when I attended the U.S. Postal Inspection Service Narcotics training course in San Diego, California. This training involved narcotic investigation techniques, chemical field testing, and training in the identification and detection of controlled substances and narcotic proceeds being transported in the U.S. Mail and other commercial carriers. As a U.S. Postal Inspector, I have been involved in over 200 illegal narcotic investigations involving the U.S. Mail.

3. The U. S. Postal Inspection Service has implemented a Parcel Profile Program targeting parcels mailed to and from areas of the United States which have been identified by law enforcement as being source areas for the distribution of controlled substances. The

Kansas City Field Office Postal Inspection Service program consists of a physical profile of Express and Priority Mail parcels which have originated and have been received for delivery in the Western District of Missouri.

4. This affidavit is made in support of an application for a search warrant for United States Postal Service (USPS) Express Mail. The parcel, bearing Mailing Label 00057738-09 mailed on January 21, 2014, from the Denver, Colorado, Post Office 80226. Further, this parcel weighs approximately 23 pounds 3 ounces, and measures approximately 16 x 16 x 15 inches, and bears $114.10 in postage (hereafter "Subject Parcel"). Based upon my experience and on the facts set forth within this affidavit, I believe the Subject Parcel contains evidence of violations of Title 21, United States Code, Section 841(a)(1) (possession with intent to distribute a controlled substance) and/or Section 843(b) (unlawful use of a communications facility to facilitate the distribution of a controlled substance); Title 18, United States Code, Section 1956 (money laundering); and Title 21, USC, Section 846, Conspiracy, including, but not limited to, controlled substances.

5. On January 23, 2014, I identified the Subject Parcel while examining Express Mail Parcels at the Kansas City, Missouri, US Postal Service Express Mail Unit, which is located at 300 W. Pershing Ave in Kansas City, Missouri. The Subject Parcel had been damaged in processing and one of the corners had been ripped. I observed several Food Saver heat sealed bags hanging out of the parcel. The Subject Parcel had Express Mail tape on one side of the package, but did not contain a mailing label. The US Postal Postage label identified the Subject Parcel as being mailed from Denver, Colorado, on January 21, 2014. The mailing label for the Subject Parcel could not be identified.

6.      Through my training and experience, I know Colorado has been identified by law enforcement as a source for marijuana.  Colorado recently legalized recreational marijuana use.  I know the price of marijuana can double in states that have not legalized marijuana such as Missouri.  Drug traffickers often use the US Mail and other courier services to distribute illegal narcotics throughout the country.  Drug traffickers also use the US Mail and other courier services to transport the proceeds of the illegal narcotic sales back to the source. I also know that drug traffickers often use Food Saver heat sealed bags in transporting illegal narcotics and currency in an effort to defeat a narcotic canine in the event the parcels is examined by law enforcement.

7.      Kansas City, Missouri, Police Department Detective Antonio Garcia and Zina, his certified narcotic dog, were present at the Express Mail Unit when the Subject Parcel was identified.  The Subject Parcel was placed against the South wall of the facility along with similar size parcels and postal equipment.  At approximately 8:00 am, Detective Garcia and Zina conducted an external odor search of the area.  Zina sat facing the Subject Parcel and Detective Garcia said Zina positively alerted that the Subject Parcel contained a narcotic odor. "Assuming that the dog is reliable, a dog sniff resulting in an alert on a container, car, or other item, standing alone, gives an officer probable cause to believe that there are drugs present." *United States v. Bowman*, 660 F.3d 338, 345 (8th Cir. 2011).

8.      According to Officer Garcia, Zina is a three year old, female German Shepherd.  Zina was first trained as a narcotics detection dog by Vohne Liche Kennels in Denver, Indiana.  Vohne Liche Kennels is authorized trainer number 5000-80 for the Indiana Law Enforcement Training Academy.  Zina was first certified by the National Police Canine Associate in September, 2012.  Zina is trained to detect the odors of cocaine, marijuana, heroin, and methamphetamine.  Zina was last certified by the Kansas City,

Missouri, Police Department in September, 2013. Since being certified, Zina has recovered 1,511 pounds of marijuana, 48.8 pounds of cocaine, 33.7 pounds of methamphetamine, 12.5 pounds of heroin, and $763,849.00 in U.S. currency. Therefore, Zina is regarded as very reliable.

9. Based upon these facts, I believe there is probable cause to believe the Subject Parcel contains evidence of violations of Title 21, USC, Section 841(a)(1), (possession with intent to distribute a controlled substance); Title 21, USC, Section 843(b), (unlawful use of a communications facility to facilitate the distribution of a controlled substance); Title 18, United States Code, Section 1956 (money laundering); and Title 21, USC, Section 846, Conspiracy, including, but not limited to, controlled substances.

FURTHER YOUR AFFIANT SAYETH NOT.

Dated: January 24, 2014

_____
Justin Lewis
United States Postal Inspector

_____
Honorable John T. Maughmer
United States Magistrate Judge