# ATTACHMENT A

United States Postal Service (USPS) Express Mail. The parcel, bearing Mailing Label 00057738-09 mailed on January 21, 2014 from the Denver, Colorado, Post Office 80226. Further, this parcel weighs approximately 23 pounds 3 ounces, measures approximately 16 x 16 15 inches, and bears $114.10 in postage, (hereafter Subject Parcel), which is currently in the possession of U.S. Postal Inspector, Justin Lewis, at the U.S. Courthouse, 400 E. 9th Street, Kansas City, Missouri, 64106.